

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesse James Rodriguez,                           * From the 21st District
                                                   Court of Bastrop County,
                                                   Trial Court No. 13977.

Vs. No. 11-12-00022-CR                           * January 30, 2014

The State of Texas,                              * Memorandum Opinion by Willson, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.